IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN LABORERS HEALTH FUND, WISCONSIN LABORERS PENSION FUND, WISCONSIN LABORERS APPRENTICESHIP AND TRAINING FUND, WISCONSIN LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST FUND, and JOHN J. SCHMIDT,<br><br>    Plaintiffs,<br><br> v.<br><br>BOB EWERS CONTRACTING, LLC,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 16-cv-611-jdp |

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs against Bob Ewers Contracting, LLC in the amount of $114,376.20.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 8/22/2018 |
| Peter Oppeneer, Clerk of Court | Date |